```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :
                                       :
        -v-                            :        19-cr-534 (JGK)
                                       :
LANCE HARPER,                          :           ORDER
                                       :
               Defendant.              :
                                       :
-------------------------------------- X
```

**JOHN G. KOELTL, United States District Judge:**

The parties are directed to appear for another conference on **April 20, 2021, at 2:30 p.m.**

    SO ORDERED.

**Dated:  January 19, 2021**
**        New York, New York**                    /s/ John G. Koeltl
                                                John G. Koeltl
                                     United States District Judge