UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-                                      19 cr 534 (JGK)

LANCE HARPER,                                          **ORDER**
                          Defendant.
------------------------------------------------------------X

       It is hereby ordered that Jill R. Shellow, Esq., be appointed as counsel for the defendant, Lance Harper, for all purposes, regarding the pending violation of supervised release.

**SO ORDERED.**

                                                 /S/John G. Koeltl
                                                 **JOHN G. KOELTL**
                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          January 19, 2021