March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Lance Harper ,

Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEOCONFERENCE**

19 -CR- 534 (JGK) ( )

Defendant __Lance Harper_____ hereby voluntarily consents to

participate in the following proceeding via videoconferencing: and audio conferencing

**X**    Initial Appearance/Appointment of Counsel

_____    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
Indictment Form)

_____    Preliminary Hearing on Felony Complaint

**X**    Bail/Revocation/Detention Hearing

**X**    Status and/or Scheduling Conference

_____    Misdemeanor Plea/Trial/Sentence

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2021

/s Lance Harper  (by JRS)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jill R. Shellow Digitally signed by Jill R. Shellow
Date: 2021.01.19 14:37:54 -05'00'

Defense Counsel's Signature

_____

Print Defendant's Name

_____

Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

1/19/21
Date

6/(Sell
U.S. Magistrate Judge DISTRICT
JUDGE