UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

LANCE HARPER,
                     Defendant.
-----------------------------------------------------------X

19 cr 534 (JGK)

**ORDER**

For the reasons stated on the record, today, supervised release is hereby modified to include a curfew plus location and GPS monitoring.

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       April 20, 2021