

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 28, 2021

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2021
```

**By ECF**
The Honorable John G. Koeltl
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Lancer Harper*, **19 Cr. 534 (JGK)**

Dear Judge Koeltl:

The Government respectfully writes to request, on consent, that the conference in the above-captioned case currently scheduled for June 29, 2021, be adjourned for approximately 30 days. The parties understand that the defendant has been compliant with supervision since the last conference and hope to have further information regarding the defendant's underlying state cases at that time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *Micah Fergenson*
Micah F. Fergenson
Assistant United States Attorney
(212) 637-2190

Cc: Jill Shellow, Esq.
Amber Wilton, USPO

Adjourned to Wednesday, September 8, 2021, at 12:00pm.
SO ORDERED.

*/s/ John G. Koeltl*
USDJ
7/12/21