# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic:**
Post Office Box 612 / Hastings on Hudson, NY 10706

September 1, 2021

**BY ECF ONLY**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> ADJOURNED TO WEDNESDAY, NOVEMBER 3, 2021, AT 10:00AM.
>
> SO ORDERED.
>
> *[signature]*
> ANALISA TORRES
> United States District Judge
> Dated: September 1, 2021
> New York, New York

RE: *United States v. Lance Harper, 19-cr-534 (JGK)*

Dear Judge Koeltl:

I write to request respectfully that the conference in this matter presently scheduled to take place on September 8, 2021 at noon be adjourned for approximately 60 days. This proceeding relates to an alleged violation of supervised release based on an arrest in Massachusetts. Yesterday, I was in touch with Lance Harper's counsel in that matter. He informed me that there is a suppression issue and that the hearing previously scheduled for August 27 has been adjourned to a date in October 2021. Accordingly, this request is for an adjournment to a date after that hearing has been held. I have conferred with AUSA Micah Fergenson, and the Government consents to this request.

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Jill R. Shellow
*Attorney for Lance Harper*

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC