UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

          - against -

LANCE HARPER,

                      Defendant.

19-cr-534 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court will hold a conference on Tuesday, May 24, 2022, at 9:00 a.m. The parties may submit a status report prior to that date if there are developments to be brought to the Court's attention.

SO ORDERED.

Dated:    New York, New York
            February 22, 2022

                                                  John G. Koeltl
                                        United States District Judge