UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――
UNITED STATES OF AMERICA

   - against -        19 Cr. 534 (JGK)

LANCE HARPER,          ORDER

     Defendant.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

  The parties are directed to appear, by phone, for another conference on **July 7, 2022, at 3:00 p.m.** Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated: New York, New York
    May 24, 2022

                _____
                John G. Koeltl
               United States District Judge