# LAW OFFICES OF JILL R. SHELLOW

---

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
15 Chester Avenue / White Plains, New York 10601

June 17, 2022

**[REVISED TO CORRECT DATE OF HEARING AND INCLUDE PROBATION DEPARTMENT CONSENT]**

**BY ECF AND EMAIL**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
koeltlnysdchambers@nysd.uscourts.gov

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
6/17/22
John G. Koeltl, U.S.D.J.

RE:   *United States v. Lance Harper, 19-cr-534 (JGK)*

Dear Judge Koeltl:

    I represent Lance Harper, and I am writing to request a temporary modification to Mr. Harper's terms of supervised release. Mr. Harper is required to appear in court in connection with *Commonwealth v. Harper*, Ind. # 2178CR001 in Greenfield, Massachusetts, on Tuesday, June 21 at 2:00 PM for a suppression hearing. I am told that it is unlikely the hearing will finish on Tuesday, and it is unknown if the hearing will continue on Wednesday. In an abundance of caution, I respectfully request that Mr. Harper be permitted to travel to Massachusetts from Monday, June 20 through Wednesday, June 22, 2022.

    I have asked both the AUSA and the Probation Officer for their consent to this travel provided that Mr. Harper provides the Probation Officer with his travel plans no later than Saturday, June 18. AUSA Micah Fergenson advised me that he defers to the Probation Officer. Probation Officer Amber Wilton has consents to this request.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow
*Attorney for Lance Harper*

cc:   AUSA Micah Fergenson (by email)
       Amber Wilton (by email)

Admitted: NY, CT, DC