# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
15 Chester Avenue / White Plains, New York 10601

July 6, 2022

**BY ECF AND EMAIL**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
koeltlnysdchambers@nysd.uscourts.gov

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl 7/8/22
John G. Koeltl, U.S.D.J.

**RE:** *United States v. Lance Harper, 19-cr-534 (JGK)*

Dear Judge Koeltl:

I represent Lance Harper, and I am writing to request two temporary modifications to Mr. Harper's terms of supervised release.

Mr. Harper is required to appear in court in connection with *Commonwealth v. Harper*, Ind. # 2178CR001 in Greenfield, Massachusetts, on Friday, July 15, 2022 for a suppression hearing. Mr. Harper is required to appear in court in connection with *State v. Harper*, Dkt. No. S01S-CR22-0246375-S in Stamford, Connecticut on Monday, August 1, 2022. Mr. Harper intends to leave from and return to New York on the same day for both appearances. Both AUSA Micah Fergenson and Probation Officer Amber Wilton consent to this request.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow
*Attorney for Lance Harper*

cc:   AUSA Micah Fergenson (by email)
      Amber Wilton (by email)

Admitted: NY, CT, DC