# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
15 Chester Avenue / White Plains, New York 10601

October 19, 2022

**BY ECF AND EMAIL**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
koeltlnysdchambers@nysd.uscourts.gov

*[Handwritten: The status conference is adjourned to December 21, 2022, at 12:00 PM. SO ORDERED. /s/ JGKoeltl 10/19/2022]*

RE: *United States v. Lance Harper, 19-cr-534 (JGK)*

Dear Judge Koeltl:

I represent Lance Harper, and I am writing to request an adjournment of the status conference presently scheduled for tomorrow, Thursday, October 20, at 11:30AM.

The last time I updated Your Honor, Mr. Harper had two pending matters that may impact the pending VOSR. The matter in Massachusetts has now been dismissed. *See Commonwealth v. Harper*, Ind. # 2178CR001. In *State v. Harper*, Dkt. No. S01S-CR22-0246375-S, Stamford, Connecticut, according to the public docket, the next appearance is November 15, 2022. *See* https://www.jud2.ct.gov/crdockets/CaseDetail.aspx?source=Pending&Key=738e6ef8-d6e0-4812-b6d6-b0be6bb042dd (last visited Oct. 19, 2022). I have tried to reach Mr. Harper's lawyer to get more information, but he has not returned my calls.

Accordingly, I am asking that Your Honor adjourn this matter for another 60 days in the hope that in the interim I will be able to get more information. I have conferred with AUSA Micah Ferguson and Probation Officer Amber Wilton, and they have no objection to this request.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc: AUSA Micah Fergenson (by email)
Amber Wilton (by email)

Admitted: NY, CT, DC