# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
15 Chester Avenue / White Plains, New York 10601

December 27, 2022

**BY ECF AND EMAIL**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
koeltlnysdchambers@nysd.uscourts.gov

```
The status conference is adjourned to
March 23, 2023, at 11:00 a.m.

SO ORDERED

New York, New York    /s/ John G. Koeltl
December 28, 2022             U.S.D.J.
```

**RE:** *United States v. Lance Harper*, 19-cr-534 (JGK)

Dear Judge Koeltl:

    I represent Lance Harper on this VOSR. At my request, Your Honor adjourned the next status conference until February 22, 2023 at noon. I am writing to ask respectfully that the new date be scheduled for the week of February 27. I have a sentencing on the 22nd at noon before Judge Lewis J. Liman in *United States v. Pollok*, 20-cr-110 (LJL), and an argument in the Court of Appeals on February 23rd in *United States v. Gonzalez (Antonius), et al.*, 21-1083cr. I have conferred with AUSA Micah Fergenson and Probation Officer Amber Wilton. The Government has no objection to this request.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:    AUSA Micah Fergenson (by email)
        Amber Wilton (by email)

Admitted: NY, CT, DC