UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

       -against-　　　　　　　　　　　　　　　　　　　19 cr 534 (JGK)

LANCE HARPER,　　　　　　　　　　　　　　　　　　　　**ORDER**
                Defendant.
------------------------------------------------------------X

The conference scheduled for March 23, 2023, at 11:00am is **advanced to Tuesday, March 22, 2023, at 12:00pm.**

**SO ORDERED.**

                                                 S/John. G. Koeltl
                                            **JOHN G. KOELTL**
                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 28, 2022