# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
15 Chester Avenue / White Plains, New York 10601

June 26, 2023

**BY ECF AND EMAIL**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
koeltlnysdchambers@nysd.uscourts.gov

*Adjourned to Thursday, September 21, 2023, at 11:30am.*

*SO ORDERED.*

*6/26/23 /s/ John G. Koeltl*
*U.S.D.J.*

RE:   *United States v. Lance Harper*, 19-cr-534 (JGK)

Dear Judge Koeltl:

I represent Lance Harper on this VOSR. We have a status conference scheduled before Your Honor tomorrow, June 27.

I have conferred with the attorney representing Mr. Harper on the open Connecticut prosecution, *State v. Harper*, Dkt. No. S01S-CR22-0246375-S, Stamford, CT. The matter has not been resolved, and the next court appearance is July 31, 2023. Apparently, Connecticut state prosecutions are taking a long time to catch up with their dockets as a result of the pandemic, and the court in Stamford is especially backed-up. Accordingly, I request that Your Honor adjourn the status conference in this matter for 90 days. I have conferred with AUSA Micah Fergenson and Probation Officer Amber Wilton. Both consent to this request.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:   AUSA Micah Fergenson (by ECF and email)
      Amber Wilton (by email)

Admitted: NY, CT, DC