# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue  /  White Plains, NY  10601

September 28, 2023

**BY ECF ONLY**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

APPLICATION GRANTED
SO ORDERED

9/29/23

John G. Koeltl, U.S.D.J.

RE:   *United States v. Lance Harper, 19-cr-534 (JGK)*

Dear Judge Koeltl:

I represent Lance Harper on this VOSR. Yesterday, I was in touch with Your Honor's courtroom deputy about an adjournment of the conference that was scheduled for this afternoon. I was advised that Your Honor is available on Tuesday, November 7, 2023 at 4:30 PM. I conferred with AUSA Micah Fergenson and Probation Officer Amber Wilton, and both are available at that time. Accordingly, I respectfully request that the conference that was scheduled for today be adjourned to November 7, 2023 at 4:30 PM.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:   All counsel (by ECF)
      Probation Officer Amber Wilton (by email)
      Lance Harper (by email)

Admitted:  NY, CT, DC